

**MM**
Miedel & Mysliwiec LLP

August 5, 2022

Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     ***United States v. Georgia Ward***
        **20-CR-633 (NRB)**

Dear Judge Buchwald:

Georgia Ward is scheduled to be sentenced by Your Honor on September 20, 2022, following her guilty plea to conspiracy to commit bank and wire fraud.  I write, with the consent of the government, to respectfully request a brief adjournment of sentencing.  I will be out of the country September 18-22 and therefore respectfully ask if the sentencing can be adjourned to the following week – September 26-30.

Thank you for your consideration.

Respectfully Submitted,

/s/

Florian Miedel
*Attorney for Georgia Ward*

cc.    AUSA Daniel Nessim


Application granted. The hearing is adjourned
until September 29, 2022 at 1:00 p.m.
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 8, 2022