```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

        - against -                              ORDER

GEORGIA WARD,                              20 Cr. 633-2 (NRB)

             Defendant.

------------------------------------X
```

**WHEREAS**, on November 17, 2022, defendant Georgia Ward's counsel, Florian Miedel, filed a letter requesting that the Court issue an order to direct Pretrial Services, which is currently in possession of Ms. Ward's passport, to return Ms. Ward's passport to her (ECF 94);

**WHEREAS** the Government consents to Mr. Miedel's request (ECF 94); it is hereby

**ORDERED** that Pretrial Services return Ms. Ward's passport to her.

Dated:   New York, New York
         November 18, 2022

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE